# GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP
ATTORNEYS AT LAW

ANDREW W. ALBSTEIN*
STEVEN R. UFFNER
KEVIN J. NASH
IRIS A. ALBSTEIN
DOUGLAS TAUS
ROBERT W. LO SCHIAVO*
ELIZABETH SMITH* †
KATHARINE M. FINCH◊
MATTHEW E. HEARLE
AUBREY E. RICCARDI
ANTHONY J. SCHLUR
DANIEL J. SLATZ
STEWART A. WOLF*
YAN LAURENCY
ERIK ZARATIN◊
NEIL I. ALBSTEIN*
ELLIOT FINK
ERICA D. VITANZA*
─────────
J. TED DONOVAN
SERGIO J. TUERO*
JAY E. SIMENS
BRIAN W. KEMPER
M. BRIAN CRONK
JARED STEINBERG♦
AMANDA ZIFCHAK
AARON GOLDBLUM*
ANDREW C. ST. CYR
JACOB E. WOLLACH
SAMUEL KATZ
KELLY A. MOLLOY
RAVI VOHRA
ASHLEY M. KOENEN

**125 PARK AVENUE**
**12TH FLOOR**
**NEW YORK, NY 10017**
**(212) 221-5700**
**TELECOPIER (212) 730-4518**
─────────
BARRY E. ZWEIGBAUM
ARNOLD I. MAZEL
HARVEY GOLDSTEIN
BENJAMIN C. KIRSCHENBAUM
ROBERT KANDEL
ROBERT F. LINER
(OF COUNSEL)
─────────
EMANUEL GOLDBERG (1904 - 1988)
JACK WEPRIN (1930 - 1996)
BENJAMIN FINKEL (1905 - 1986)
─────────
*   ALSO MEMBER OF NEW JERSEY BAR
†   ALSO MEMBER OF MASSACHUSETTS BAR
◊   ALSO MEMBER OF CONNECTICUT BAR
°   ALSO MEMBER OF CALIFORNIA BAR
♦   ALSO MEMBER OF OHIO AND PENNSYLVANIA BARS

August 4, 2025

*Via ECF filing*
Hon. Elizabeth S. Stong
U.S. Bankruptcy Court, EDNY
271-C Cadman Plaza East
Brooklyn, NY 11201-1800

Re:   PPS 9201 LLC
      Case No. 25-42382 (ESS)

Dear Judge Strong:

As requested on the record on hearing held on August 1, 2025, this letter shall confirm the agreement concerning post-petition rent payments by the debtor:

   a. The check in the sum of $27,595.32 received in Court on Friday will be deposited.
      A wire payment in the like sum of $27,595.32 shall be made no later than the close of business today.
      The balance of $50,593.37 shall be paid no later than August 15, 2025.

If any of these payments are not timely and fully made we reserve the right to declare an immediate default and submit a proposed order of conversion. I am sending my firm's wire instructions to the tenant's counsel with a copy of this letter.

                                            Respectfully yours,

                                            /s/ Kevin J. Nash, Esq.

cc:   H. Bruce Bronson, Esq.
      Gabriel Del Virgina, Esq.
      Mr. Tim Ziss